FILED

2003 OCT 27 P 12: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
                                           x
FRANKIE DELISE,                            :     CASE NUMBER
         Petitioner                        :     3:03 CV 382 (JCH)(HBF)
                                           :
v.                                         :
                                           :
KUMA DEBOO and KATHLEEN                    :
HAWK-SAWYER,                               :
         Respondents.                      :     OCTOBER 23, 2003
                                           x
```

### PETITIONER'S MOTION FOR EXTENSION OF TIME

The petitioner, FRANKIE DELISE, through counsel, pursuant to the Scheduling Order

entered by the Court on September 25, 2003, hereby respectfully requests that the time within

which she is required to file an amended petition for writ of habeas corpus, presently due on or

about October 25, 2003 be extended to and including November 25, 2003 for the reason that the

Bureau of Prison documents that petitioner's counsel has requested in order to prepare the

amended petition have not yet been received.

This is petitioner's first request to extend the time within which to file the amended

petition for writ of habeas corpus. Counsel for the petitioner, Kathryn Emmett, has spoken with

counsel for the respondent, A.U.S.A. Lauren M. Nash , concerning this request and is authorized

to represent that respondents' counsel has no objection to this request.

MOTION GRANTED.

SO ORDERED.

FILED 11/4/03

2003 NOV -4 P US DISTRICT COURT BRIDGEPORT CONN

Respectfully Submitted, The Petitioner,

By: _____

KATHRYN EMMETT
EMMETT & GLANDER
45 FRANKLIN STREET
STAMFORD, CT  06901.13083
FEDERAL BAR NO. CT05605
(203) 324-7744

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of October, 2003, to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

_____
Kathryn Emmett