#16

FILED

2003 NOV 25  A 11: 43

US DISTRICT COURT
BRIDGEPORT CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------x
FRANKIE DELISE,                  :   CASE NUMBER
          Petitioner             :   3:03 CV 382 (JCH)(HBF)
                                 :
v.                               :
                                 :
KUMA DEBOO and KATHLEEN          :
HAWK-SAWYER,                     :
          Respondents.           :   NOVEMBER 24, 2003
---------------------------------x

### PETITIONER'S MOTION FOR EXTENSION OF TIME

The petitioner, FRANKIE DELISE, through counsel, pursuant to the Scheduling Order entered by the Court on September 25, 2003, hereby respectfully requests that the time within which she is required to file an amended petition for writ of habeas corpus, presently due on or about November 25, 2003 be extended to and including January 9, 2004 for the reason that the Bureau of Prison documents that petitioner's counsel has requested in order to prepare the amended petition have not yet been received.

This is petitioner's second request to extend the time within which to file the amended petition for writ of habeas corpus. Counsel for the petitioner, Kathryn Emmett, has spoken with counsel for the respondent, A.U.S.A. Lauren M. Nash, concerning this request and is authorized to represent that respondents' counsel has no objection to this request.

Motion GRANTED. It is SO ORDERED.
12/1/2003
Janet Bond Arterton, U.S.D.J.

FILED
2003 DEC -2
US DISTRICT COURT