IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| FRANKIE DELISE, | : | CASE NUMBER |
| Petitioner | : | 3:03 CV 382 (JCH)(HBF) |
|  | : |  |
| v. | : |  |
|  | : |  |
| KUMA DEBOO and KATHLEEN HAWK-SAWYER, | : |  |
|  | : |  |
| Respondents. | : | JANUARY 9, 2004 |

**PETITIONER'S MOTION FOR EXTENSION OF TIME**

The petitioner, FRANKIE DELISE, through counsel, pursuant to the Scheduling Order entered by the Court on September 25, 2003, and the Court's Order extending the deadline within which petitioner was required to file an amended petition for writ of habeas corpus to and including January 9, 2004, respectfully requests that the filing deadline be extended from January 9, 2004 to and including February 9, 2004 for the reason that some medical treatment records that petitioner's counsel has requested in order to prepare the amended petition have not yet been received and the records that have been received are not complete. Undersigned counsel, therefore, is requesting an extension to and including February 9, 2004, to file an amended petition in order to obtain and review the records that are required in order to prepare the amended petition.

This is petitioner's third request to extend the time within which to file the amended petition for writ of habeas corpus. Counsel for the petitioner, Kathryn Emmett, has spoken with counsel for the respondent, A.U.S.A. Lauren M. Nash , concerning this request and is authorized to represent that respondents' counsel has no objection to this request.

Respectfully Submitted, The Petitioner,

By:_____
KATHRYN EMMETT
EMMETT & GLANDER
45 FRANKLIN STREET
STAMFORD, CT  06901.13083
FEDERAL BAR NO. CT05605
(203) 324-7744

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of January, 2004, to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

_____
Kathryn Emmett