#18

FILED

2004 JAN 12 P 12: 43

US DISTRICT COURT
BRIDGEPORT CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------x
FRANKIE DELISE,              :   CASE NUMBER
    Petitioner                :   3:03 CV 382 (JCH)(HBF)
                             :
v.                           :
                             :
KUMA DEBOO and KATHLEEN      :
HAWK-SAWYER,                 :
    Respondents.              :   JANUARY 9, 2004
---------------------------------x

## PETITIONER'S MOTION FOR EXTENSION OF TIME

The petitioner, FRANKIE DELISE, through counsel, pursuant to the Scheduling Order entered by the Court on September 25, 2003, and the Court's Order extending the deadline within which petitioner was required to file an amended petition for writ of habeas corpus to and including January 9, 2004, respectfully requests that the filing deadline be extended from January 9, 2004 to and including February 9, 2004 for the reason that some medical treatment records that petitioner's counsel has requested in order to prepare the amended petition have not yet been received and the records that have been received are not complete. Undersigned counsel, therefore, is requesting an extension to and including February 9, 2004, to file an amended petition in order to obtain and review the records that are required in order to prepare the amended petition.

Motion GRANTED. It is SO ORDERED.
/s/ HOLLY B. FITZSIMMONS, USMJ
DATE 1/27/04

FILED 2004 JAN 27 P 4: 23
US DISTRICT COURT
BRIDGEPORT