IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
_____x
FRANKIE DELISE,                    :    CASE NUMBER
      Petitioner                   :    3:03 CV 382 (JCH)(HBF)
                                   :
v.                                 :
                                   :
KUMA DEBOO and KATHLEEN            :
HAWK-SAWYER,                       :
      Respondents.                 :    FEBRUARY 18, 2004
_____x
```

**PETITIONER'S MOTION FOR EXTENSION OF TIME**

The petitioner, FRANKIE DELISE, through counsel, pursuant to the Scheduling Order entered by the Court on September 25, 2003, and the Court's Orders extending the deadline within which petitioner was required to file an amended petition for writ of habeas corpus to and including February 9, 2004  respectfully requests that the filing deadline be extended from February 9, 2004 to and including March 12, 2004 for the reason that counsel has been unable due to conflicting professional obligations and scheduling difficulties to meet with petitioner, who is incarcerated at FCI Danbury, in order to review the records that have been obtained and to prepare the amended petition.

This is petitioner's fourth request to extend the time within which to file the amended petition for writ of habeas corpus.  Counsel for the petitioner, Kathryn Emmett, has spoken with

counsel for the respondent, A.U.S.A. Lauren M. Nash , concerning this request and is authorized to represent that respondents' counsel has no objection to this request.

                                    Respectfully Submitted, The Petitioner,

By:_____
    KATHRYN EMMETT
    EMMETT & GLANDER
    45 FRANKLIN STREET
    STAMFORD, CT  06901.13083
    FEDERAL BAR NO. CT05605
    (203) 324-7744

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 18th day of February, 2004, to:

Lauren M. Nash, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

_____
Kathryn Emmett