IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|                                   |   |                              |
|-----------------------------------|---|------------------------------|
| _____ x  |   |                              |
| FRANKIE DELISE,                   | : | CASE NUMBER                  |
|     Petitioner                    | : | 3:03 CV 382 (JCH)(HBF)       |
|                                   | : |                              |
| v.                                | : |                              |
|                                   | : |                              |
| KUMA DEBOO and HARLEY G.          | : |                              |
| LAPPIN,                           | : | MARCH 15, 2004               |
|     Respondents.                  | : |                              |
| _____ x  |   |                              |

**MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant her a four day extension of time, from Friday March 12, 2004 up to and including Tuesday March 16, 2004, within which to file her amended petition for writ of habeas corpus for the reason that counsel was unable to complete preparation of the amended petition in time to file it on March 12, 2004 due to unexpected professional obligations.

This is petitioner's fifth request to extend the time within which to file the amended petition for writ of habeas corpus. Counsel for the petitioner, Kathryn Emmett, has spoken with counsel for the respondent, A.U.S.A. Lauren M. Nash , concerning this request and is authorized to represent that respondents' counsel has no objection to this request.

The captioned action has not been scheduled for trial.

                                                                          RESPECTFULLY SUBMITTED,
                                                                          THE PLAINTIFF, FRANKIE DELISE


BY:_____
      Kathryn Emmett
      Federal Bar No  ct05605
      Emmett & Glander
      45 Franklin Street
      Stamford, CT  06901
      (203) 324-7744

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 15th day of March, 2004, to:

Lauren M. Nash, Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

 

_____
Kathryn Emmett