FILED

2004 MAR 16  P 1:03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------x
FRANKIE DELISE,                  :    CASE NUMBER
    Petitioner                   :    3:03 CV 382 (JCH)(HBF)
                                 :
v.                               :
                                 :
KUMA DEBOO and HARLEY G.         :
LAPPIN,                          :    MARCH 15, 2004
    Respondents.                 :
---------------------------------x

## MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant her a four day extension of time, from Friday March 12, 2004 up to and including Tuesday March 16, 2004, within which to file her amended petition for writ of habeas corpus for the reason that counsel was unable to complete preparation of the amended petition in time to file it on March 12, 2004 due to unexpected professional obligations.

This is petitioner's fifth request to extend the time within which to file the amended petition for writ of habeas corpus. Counsel for the petitioner, Kathryn Emmett, has spoken with counsel for the respondent, A.U.S.A. Lauren M. Nash, concerning this request and is authorized to represent that respondents' counsel has no objection to this request.

GRANTED: Absent Objection
SO ORDERED.
Janet C. Hall, U.S.D.J.