IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
_____x
FRANKIE DELISE,                 :    CASE NUMBER
      Petitioner                :    3:03 CV 382 (JCH)(HBF)
                                :
v.                              :
                                :
KUMA DEBOO and HARLEY G.        :
LAPPIN,                         :
      Respondents.              :    MARCH 15, 2004
_____x
```

# PETITIONER'S MOTION FOR LEAVE TO AMEND PETITION FOR WRIT OF HABEAS CORPUS

The Petitioner Frankie Delise, by and through her undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, respectfully moves for leave of court to amend the petition for writ of habeas corpus originally filed on or about March 3, 2004.

In support of this motion, Petitioner asserts the following facts:

1. On or about March 3, 2004, Petitioner filed pro se a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 seeking an order compelling the Bureau of Prisons to provide necessary medical treatment for Petitioner's Hepatitis C.

2. When she filed the original motion, Petitioner was not represented by counsel. Petitioner is now represented by counsel.

3. The proposed amended petition, which is attached to this motion as "Exhibit A," contains no new legal claims but rather constitutes a formal articulation of Petitioner's claim that the medical treatment Respondents are providing Petitioner violates her rights under the Eighth Amendment of the United States Constitution. Many of the underlying facts of this claim were alleged in the original petition.

    4.    The Factual Allegations section of the proposed amended petition clarifies the facts set forth in the original petition. The only factual allegations that are completely new to the amended petition are based on events that have transpired and information that has been obtained since the filing of the original petition.

    5.    To date, no responsive pleading has been filed by Respondents.

> Respectfully Submitted,
> THE PETITIONER,
>
> BY:_____
>     Kathryn Emmett
>     Federal Bar No ct05605
>     Emmett & Glander
>     45 Franklin Street
>     Stamford, CT  06901
>     (203) 324-7744

## **CERTIFICATION**

This is to certify that a copy of the foregoing was forwarded, via facsimile and regular mail, postage prepaid, this 15th day of March, 2004, to:

Lauren M. Nash, Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

_____
Kathryn Emmett