FILED FILED

2004 MAR 23    2004 MAR 16 P 1:03

U.S. DISTRICT COURT    U.S. DISTRICT COURT
BRIDGEPORT, CONN    BRIDGEPORT, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------x
FRANKIE DELISE,                :    CASE NUMBER
    Petitioner              :    3:03 CV 382 (JCH)(HBF)
                               :
v.                             :
                               :
KUMA DEBOO and HARLEY G.       :
LAPPIN,                        :
    Respondents.            :    MARCH 15, 2004
------------------------------x

### PETITIONER'S MOTION FOR LEAVE TO AMEND PETITION FOR WRIT OF HABEAS CORPUS

The Petitioner Frankie Delise, by and through her undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, respectfully moves for leave of court to amend the petition for writ of habeas corpus originally filed on or about March 3, 2004.

In support of this motion, Petitioner asserts the following facts:

1.    On or about March 3, 2004, Petitioner filed pro se a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 seeking an order compelling the Bureau of Prisons to provide necessary medical treatment for Petitioner's Hepatitis C.

2.    When she filed the original motion, Petitioner was not represented by counsel. Petitioner is now represented by counsel.

3.    The proposed amended petition, which is attached to this motion as "Exhibit A," contains no new legal claims but rather constitutes a formal articulation of Petitioner's claim that the medical treatment Respondents are providing Petitioner violates her rights under the Eighth Amendment of the United States Constitution. Many of the underlying facts of this claim were alleged in the original petition.

*Motion Granted. So Ordered.*