4/27/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

**STATUS CONFERENCE HELD**
Date: 5/7/04

CASE NO: 3-03-cv-382 (JCH)   Frankie Delise v. Kuma DeBoo, et al

Kathryn Emmett
Emmett & Glander
45 Franklin St.
Stamford, CT 06901

Lauren M. Nash
U.S. Attorney's Office
157 Church St., 23rd floor
P.O. Box 1824
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.