UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FRANKIE DELISE              )
           Petitioner,     )
                )
                )     Civ. Action No. 03-CV-382
v.                    )
                )
KUMA DEBOO, ET. AL.     )
           Respondent.  )
         .             )

## DECLARATION OF ANN H. ZGRODNIK

I, Ann H. Zgrodnik, hereby make the following declaration:

1.    I am currently employed by the United States Department of Justice, Federal Bureau of Prisons  at the Federal Medical Center located in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens.  I have been employed with the Federal Bureau of Prisons since approximately February 10, 2002.

2.    As an Attorney Advisor, I have access to numerous records regarding federal prisoners maintained in the ordinary course of business at FMC Devens, as well as other institutions, such as the Federal Correctional Institution (FCI) in Danbury, Connecticut. This includes, but is not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3.    I have access to the various databases and files concerning administrative remedy claims filed pursuant to the Administrative Remedy Program, which are maintained by the Bureau of Prisons in the ordinary course of business. In particular, I have access to SENTRY, which maintains a record of all of the administrative remedies filed by an inmate, the dates thereof, and the dispositions. These records reflect every administrative remedy claim filed by an inmate in the Bureau of Prisons, while housed in any federal institution of the Bureau of Prisons.

4.    The Bureau of Prisons has established an administrative remedy procedure whereby inmates can seek formal review of any complaint regarding any aspect of their imprisonment. Plaintiff had available to him the four step procedures set forth in the BOP's Administrative Remedy Program. See 28 C.F.R. § 542. The BOP regulations provide "a process through which inmates may seek formal review of an issue which

Document 1

relates to any aspect of their confinement... if less formal procedures have not resolved the matter." 28 C.F.R. § 542.10. In accordance with the BOP's Administrative Remedy Program, an inmate shall first attempt informal resolution of his complaint by presenting the issue informally to staff, and staff must attempt to resolve the issue. See 28 C.F.R. § 54213(a). If the complaint cannot be resolved informally, the inmate may submit a formal written Administrative Remedy Request to the Warden, on a designated form, within twenty days fo the event that triggered the inmate's complaint. 28 C.F.R. § 542.14(a). If the inmate's formal request is denied, the inmate may submit an appeal to the appropriate Regional Director of the BOP, within twenty calendar days of the date of the Warden signed the response. 28 C.F.R. § 542.15(a). A negative decision from the Regional Director may in turn be appealed to the General Counsel's office (in the Central Office) within thirty calendar days of the date the Regional Director signed the response. Id. No administrative remedy appeal is considered to have been fully exhausted until considered by the Bureau of Prisons' Central Office. 28 C.F.R. §§ 542.14-542.15. This Program is available to inmates confined at the Federal Correctional Institution in Danbury, Connecticut.

5.  On June 8, 2004, I ran a SENTRY search to determine if inmate Frankie B. Delise, Reg. No. 40043-037, had filed any administrative remedy claims under the Administrative Remedy Program in regard to the allegations in her Petition. A review of his Administrative Remedy Record revealed that she has utilized the administrative remedy process to address the issue of her seeking one year treatment for Hepatitis C. A true and accurate copy of the Administrative Remedy Generalized Retrieval screen for Petitioner Delise is attached as **Document 1e**. A review of the SENRY database indicates that Petitioner has not filed a Request for Administrative Remedy seeking a consultation with a medical specialist. See **Document 1e**.

6.  Attached hereto please find true and correct copies of the following documents:

    a.  Public Information Data Sheet for Inmate Frankie B. Delise, Register Number 40043-037;
    b.  Request for Administrative Remedy, Case Number 279731-F1, and Response;
    c.  Regional Administrative Remedy Appeal, Case Number 279731-R1, and Response;
    d.  Central Office Administrative Remedy Appeal, Case Number 279731-A1, and Response;
    e.  Administrative Remedy History for Inmate Frankie Delise, Reg. No. 40043-037.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this $\frac{9^{th}}{}$ day of June, 2004.

Ann H. Zgrodnik
Attorney Advisor
Consolidated Legal Center - Devens

```
REGNO..: 40043-037 NAME: DELISE, FRANKIE BARBARA
COMP NO: 010       ALL CURR COMPS(Y/N): Y  ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DAN / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 203-743-6471   FTS: 700-642-9071
                                           RACE/SEX...: WHITE / FEMALE
FBI NUMBER.: 988637XA0                     DOB/AGE....: 06-15-1954 / 49
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 09-19-2020                    PAR HEAR DT:
--------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL     ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
DAN     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-13-2004 1112 CURRENT
DAN     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-13-2004 0913 05-13-2004 1112
DAN     A-DES      DESIGNATED, AT ASSIGNED FACIL 12-18-2003 1631 05-13-2004 0913
DAN     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-18-2003 1156 12-18-2003 1631
DAN     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-03-2002 1503 12-18-2003 1156
DAN     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-03-2002 0922 05-03-2002 1503
DAN     A-DES      DESIGNATED, AT ASSIGNED FACIL 11-15-2001 1530 05-03-2002 0922
I-T     RELEASE    RELEASED FROM IN-TRANSIT FACL 11-15-2001 1530 11-15-2001 1530

G0002      MORE PAGES TO FOLLOW . . .
```

Document 1a

```
REGNO..: 40043-037 NAME: DELISE, FRANKIE BARBARA
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DAN / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 203-743-6471    FTS: 700-642-9071
I-T    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-15-2001 0530 11-15-2001 1530
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  11-15-2001 0530 11-15-2001 0530
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-14-2001 0955 11-15-2001 0530
OKL    HLD REMOVE HOLDOVER REMOVED                 11-14-2001 0855 11-14-2001 0855
OKL    A-BOP HLD    HOLDOVER FOR INST TO INST TRF  10-25-2001 1800 11-14-2001 0855
6-K    RELEASE      RELEASED FROM IN-TRANSIT FACL  10-25-2001 1900 10-25-2001 1900
6-K    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 10-25-2001 0800 10-25-2001 1900
CRL    HLD REMOVE HOLDOVER REMOVED                 10-25-2001 0800 10-25-2001 0800
CRL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   10-24-2001 1200 10-25-2001 0800
2-D    RELEASE      RELEASED FROM IN-TRANSIT FACL  10-24-2001 1200 10-24-2001 1200
2-D    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 10-24-2001 1156 10-24-2001 1200
CRL    TRANSFER     TRANSFER                       10-24-2001 1156 10-24-2001 1156
CRL    A-DES        DESIGNATED, AT ASSIGNED FACIL  10-23-2000 1352 10-24-2001 1156


G0002       MORE PAGES TO FOLLOW . . .
```

DEVCH
PAGE 003

Case 3:03-cv-00382-JCH    Document 29-2    Filed 06/14/2004    Page 6 of 24

06-08-2004
13:54:52

PUBLIC INFORMATION
INMATE DATA
AS OF 06-08-2004

REGNO..: 40043-037 NAME: DELISE, FRANKIE BARBARA
COMP NO: 010     ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DAN / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 203-743-6471    FTS: 700-642-9071
PRE-RELEASE PREPARATION DATE: 03-19-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-19-2020 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 2:99CR0016-001
JUDGE...........................: SMITH
DATE SENTENCED/PROBATION IMPOSED: 08-04-1999
DATE COMMITTED..................: 09-29-1999
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002      MORE PAGES TO FOLLOW . . .

REGNO..: 40043-037 NAME: DELISE, FRANKIE BARBARA
COMP NO: 010      ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DAN / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 203-743-6471    FTS: 700-642-9071

                  FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391
OFF/CHG: 21 USC 846 & 2 CONSPIRACY TO DISTRIBUTE & POSSESS WITH INTENT
         TO DISTRIBUTE METHAMPHETAMINE & CONSPRIACY TO OPEN & MAINTAIN
         PLACES FOR THE PURPOSE OF UNLAWFULLY STORING, DISTRIBUTING &
         USING METHAMPHETAMINE


G0002      MORE PAGES TO FOLLOW . . .

Case 3:03-cv-00382-JCH   PUBLIC INFORMATION   Filed 06/14/2004   Page 8 of 24   06-08-2004
                         INMATE DATA                                            13:54:52

REGNO..: 40043-037 NAME: DELISE, FRANKIE BARBARA
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DAN / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 203-743-6471   FTS: 700-642-9071
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   300 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 01-01-1999

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-07-2000 AT CRL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-04-1999

G0002      MORE PAGES TO FOLLOW . . .

Case 3:03-cv-00382-JCH   PUBLIC INFORMATION   Filed 06/14/2004   Page 9 of 24

```
REGNO..: 40043-037 NAME: DELISE, FRANKIE BARBARA
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DAN / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 203-743-6471   FTS: 700-642-9071
TOTAL TERM IN EFFECT............:   300 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    25 YEARS
EARLIEST DATE OF OFFENSE........: 01-01-1999

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                   12-09-1998    08-03-1999

TOTAL PRIOR CREDIT TIME.........: 238
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1176
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 09-19-2020
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-09-2023

G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 40043-037 NAME: DELISE, FRANKIE BARBARA
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DAN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 203-743-6471   FTS: 700-642-9071


PROJECTED SATISFACTION DATE.....: 09-19-2020
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

**U.S. DEPARTMENT OF JUSTICE**                              **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Delise Frankie        40 043-037      GI      FCF Danbury
      LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**

I am dissatisfied with the response to my 8 1/2. The
monitoring and adjustments are not feasible in my case
because treatment must be uninterrupted for 1 year. The
specialist I had a consultation with has predetermined
that I am a genotype 1 which is what is predominant
in the U.S. All the information I have read from the liver
foundation as well as another specialist says my genotype
must be treated for 1 year regardless of whether I
still have a viral load or not at 6 months.

10/3/02
      DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

See Attached

10/21/02
      DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

                                             CASE NUMBER: 279731-F1

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

                                             CASE NUMBER:

**Part C- RECEIPT**
Return to:
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT        INSTITUTION
SUBJECT:

      DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)
USP LVN

Document 1b

**ADMINISTRATIVE REMEDY**
DELISE, Frankie
Register Number 40043-037

**PART B - RESPONSE (279731-F1)**

This is in response to you administrative remedy in which you allege that your treatment
for Hepatitis C, Genotype I, is not correct. You claim you should be treated for one year
and request a one year Interferon/Ribavirin treatment plan be approved.

A review of your medical records indicates a six month treatment plan of
Interferon/Ribavirin was approved. Throughout your treatment period, you will be
evaluated for side effects of the medication. After treatment for six months, a HCV RNA
(viral load) test will be conducted to assess the effectiveness of the treatment. The Bureau
of Prisons' Viral Hepatitis Clinical Practice Guidelines outlines a specific treatment plan
for Hepatitis C, Genotype I. The guidelines specifically state to "administer treatment for
24 weeks and check HCV RNA. If HCV RNA is undetectable, continue treatment for
another 24 weeks (total 12-month course of treatment). If HCV RNA is still detectable
after 24 weeks of Interferon/Ribavirin, discontinue treatment since this constitutes
treatment failure."

Your treatment plan will continue to be based on continuous physical evaluations and
testing to determine the effectiveness of the treatment. To approve a one year treatment
plan at this time is premature and contrary to policy.

Accordingly, your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director. Your
appeal must be received in the Regional Office within 20 calendar days of the date of this
response.

Kuma J. Deboo
Warden

10/21/02
Date

05/05/2003 08:28 203-5 5110 FCI DANBURY PAGE 05

U.S. Department of Justice

Regional Administr e Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

| From: Delise, Frankie B. | 40043-037 | 9/I | DAN |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A—REASON FOR APPEAL

I am dissatisfied with the response to the BOP-DIR-9 stating that only a 6-month treatment plan was approved. This institution states that their guidelines specifically state to "administer treatment for 24 weeks and check HCV RNA, which would be my viral load. Right now, they do not know what my viral load is -- only that it is more than 850,000. Dr. Cecil is a nationally reknown Hep. expert. Attached is a copy of an e-mail from him stating he does not agree with the BOP guidelines nor do any other materials authoritative to the subject. Specifically, each article (attached) states I must be treated for 48 weeks. The BOP wants to call it a "failure" after 24 weeks if I still have a detectible viral load which is anything over 600,000. The problem with this thinking is that with my genotype (1b), I could be a failure at 24 weeks, but still be a success at 48 weeks. Dr. Cecil even goes so far to say if at one months treatment, my viral load is not down by 90%, my dosage should be increased. We are dealing with my life at this time and I am making you aware of all of this information documented on paper so that later this institution can't come up with the exuse that they didn't know. The BOP is following a uideline for an Interferon that they don't even use anymore. Attached is
10-28-02

| / DATE | SIGNATURE OF REQUESTER |
|---|---|

Part B—RESPONSE

Document 1c

| DATE | REGIONAL DIRECTOR |
|---|---|

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 279731-R

Part C—RECEIPT

CASE NUMBER:

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL

| | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| USP LVN | DATE | Previous editions not usable | SIGNATURE, RECIPIENT OF REGIONAL APPEAL | BP-230(13) APRIL 1982 |

## ATTACHMENT

a copy of the package insert (the directions from the box of Interferon used by the BOP) in which the experts who designed and sell the product and manufacture it, state that the treatment should be for 48 weeks.

END

**DELISE, Frankie**
Reg. No. 40043-037
Appeal No. 279731-R1
Page One

## Part B - Response

In your appeal, you contend you are not receiving adequate
medical care at FCI Danbury. You request to receive 48 weeks of
Interferon/Ribavirin treatment for your Hepatitis C virus.

An investigation into your appeal reveals that you have a history
of Hepatitis C genotype subtype 1B, which was confirmed by lab on
June 10, 2002. On May 3, 2002, a liver biopsy revealed chronic
Hepatitis C, grade three, stage three. You have been approved
for a six-month treatment plan of Interferon/Ribavirin medication
therapy. After six months, a viral load test will be conducted
to test the effectiveness of the treatment. If the viral load is
undetectable, then the institution will request approval for an
additional six-month therapy, making it 48 weeks in total. This
decision will be reached at the appropriate time. Medical staff
advise that you are receiving appropriate medical treatment
consistent with community standards. Accordingly, your appeal is
denied.

If you are dissatisfied with this response, you may appeal to the
General Counsel, Federal Bureau of Prisons. Your appeal must be
received in the Administrative Remedy Section, Office of General
Counsel, Federal Bureau of Prisons, 320 First Street, N.W.,
Washington, D.C. 20534, within 30 calendar days of the date of
this response.

Date: November 27, 2002                    M. E. RAY
                                           Regional Director

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

| From: Delise, Frankie B. | 40043-037 | 9/I | DAN |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

I am dissatisfied with the response to the BOP-DIR-10. BOP policy is to distribute Alpha Interferon. I am receiving Peglated Alpha Interferon 2b. The BOP is strictly treating me by the dosage on the box for my weight. They are following everything with specificity so why are they not following the dosage on the box. My genotype which is Genotype 1 had a significant increase in sustain viral response at 12 months vs. 6 months (30% vs. 17%). It is not fair to call the treatment a failure at 6 months since the BOP has no idea what my viral load is or was to start with. A real viral load test has not been done. Treatment has come a long time with Hepatitis since BOP has updated their policy. I have a signed affidavit from Dr. Bennett Cecil, a specialist in the treatment of Hepatitis, who states that a real viral load test should be done and that my dosage should be increased until it brings my viral load down 90% in one month.At a minimum, I would like a real viral load test and to be dosed according to Dr. Cecil's recommendations to get the best chance I can possibly get to clear this virus.

12/04/02

_____ DATE

_Frank Delise_
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

Document 1d

_____ DATE

GENERAL COUNSEL

THIRD COPY — WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP–231(13)

Administrative Remedy No. 279731-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you request 12 months of treatment for hepatitis C. You object to BOP policy which would discontinue treatment at 6 months if you still have a detectable viral load. You claim that "a real viral load test has not been done." You request you be given a "real viral load test," and that your dosage of interferon be increased until it brings your viral load down 90% in one month.

Review of the supportive documentation submitted with your BP-11 reveals that it is out of date. Pegylated interferon is the drug of choice because it achieves much higher and more sustained blood levels than alpha interferon. It is appropriately dosed by body weight. The article you submitted, "Hepatitis C Therapy Should Be Individually Tailored..." was dated May 8, 2000, and reported experimental results to non-pegylated interferon. This approach has not been validated with pegylated interferon.

You have, in fact, had a "real viral load test" performed. The report you submitted with your BP-11 is dated June 10, 2002, and shows greater than 850,000 International Units per milliliter. This is called a "quantitative" viral load. This value is very high.

BOP treatment guidelines are based on the Consensus Statement from the National Institutes of Health (NIH), dated August 27, 2002. You inserted a portion of that statement, page number "15," which discusses the response rates with pegylated interferon for various genotypes. However, the answer to your contention that you should get 48 weeks of treatment, regardless of your viral load, is addressed in the second paragraph on that same page. It states that "Patients who fail to achieve an EVR (early viral response) at week 12 or week 24 of treatment have only a small chance of achieving an SVR (sustained viral response) even if therapy is continued for a full year. Treatment need not be extended beyond 12 to 24 weeks in these patients." Thus, BOP treatment guidelines are fully consistent with the most recent consensus statement from NIH.

Accordingly, we concur with the statements made by the Warden and Regional Director. You are receiving treatment consistent with nationally recognized guidelines and community standards. Your viral load will be checked at 24 weeks of treatment. If it has not dropped to at least 8,500 IU/ml, further treatment will not be beneficial. Your appeal is denied.

January 9, 2003
_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

```
        FUNCTION: LST SCOPE: REG    EQ 40043-037    OUTPUT FORMAT: FULL_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     ____         ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___       ____        ____       ____       ____       ____
        TYPE: ___        ____        ____       ____       ____       ____
EVNT FACL: EQ ____       ____        ____       ____       ____       ____
RCV FACL.: EQ ____       ____        ____       ____       ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____       ____        ____       ____       ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G0002        MORE PAGES TO FOLLOW . . .
```

Document 1e

Case 3:03-cv-00382-JCH Document 29-2 Filed 06/14/2004 Page 19 of 24

```
REGNO: 40043-037 NAME: DELISE, FRANKIE
RSP OF...: DAN UNT/LOC/DST: E                    QTR.: J01-007L   RCV OFC: DAN
REMEDY ID: 279731-F1       SUB1: 26BM SUB2:      DATE RCV:   10-07-2002
UNT RCV..: E              QTR RCV.: I01-012U      FACL RCV: DAN
UNT ORG..: E              QTR ORG.: I01-012U      FACL ORG: DAN
EVT FACL.: DAN    ACC LEV:  DAN  1 NER  1 BOP  1   RESP DUE:  SUN  10-27-2002
ABSTRACT.: WANTS 1 YR. OF TREATMENT-NOT 6 MOS./FOR HEPITITIS C
STATUS DT: 10-21-2002  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 10-07-2002
REMARKS..:
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 40043-037 NAME: DELISE, FRANKIE
RSP OF...: DAN UNT/LOC/DST: E                    QTR.: J01-007L   RCV OFC: NER
REMEDY ID: 279731-R1      SUB1: 26BM SUB2:      DATE RCV:   11-01-2002
UNT RCV..: E              QTR RCV.: I01-012L    FACL RCV: DAN
UNT ORG..: E              QTR ORG.: I01-012U    FACL ORG: DAN
EVT FACL.: DAN   ACC LEV:  DAN  1 NER  1 BOP  1  RESP DUE:  SUN  12-01-2002
ABSTRACT.: WANTS 1 YR. OF TREATMENT-NOT 6 MOS./FOR HEPITITIS C
STATUS DT: 11-27-2002   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-06-2002
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 40043-037 NAME: DELISE, FRANKIE
RSP OF...: DAN UNT/LOC/DST: E                    QTR.: J01-007L   RCV OFC: BOP
REMEDY ID: 279731-A1      SUB1: 26BM SUB2:       DATE RCV:   12-19-2002
UNT RCV..: E              QTR RCV.: I01-012L     FACL RCV: DAN
UNT ORG..: E              QTR ORG.: I01-012U     FACL ORG: DAN
EVT FACL.: DAN    ACC LEV: DAN 1 NER 1 BOP 1   RESP DUE:   TUE  01-28-2003
ABSTRACT.: WANTS 1 YR. OF TREATMENT-NOT 6 MOS./FOR HEPITITIS C
STATUS DT: 01-09-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 12-23-2002
REMARKS..:
```

G0002        MORE PAGES TO FOLLOW . . .

Case 3:03-cv-00382-JCH   Document 29-2   Filed 06/14/2004   Page 22 of 24

REGNO: 40043-037 NAME: DELISE, FRANKIE
RSP OF...: DAN UNT/LOC/DST: E                     QTR.: J01-007L   RCV OFC: DAN
REMEDY ID: 292253-F1      SUB1: 31ZM SUB2:        DATE RCV:   03-06-2003
UNT RCV..: E              QTR RCV.: J01-003L      FACL RCV: DAN
UNT ORG..: E              QTR ORG.: J01-003L      FACL ORG: DAN
EVT FACL.: DAN   ACC LEV: DAN  1 NER  1           RESP DUE:  WED  03-26-2003
ABSTRACT.: CLAIMS NOT GETTING 54 GCT DAYS/YEAR-ONLY 47 DAYS
STATUS DT: 03-07-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 03-06-2003
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .

Case 3:03-cv-00382-JCH   Document 29-2   Filed 06/14/2004   Page 23 of 24

06-08-2004
13:57:13

```
REGNO: 40043-037 NAME: DELISE, FRANKIE
RSP OF...: DAN UNT/LOC/DST: E                    QTR.: J01-007L  RCV OFC: NER
REMEDY ID: 292253-R1       SUB1: 31ZM SUB2:      DATE RCV:  03-21-2003
UNT RCV..: E              QTR RCV.: J01-005L     FACL RCV: DAN
UNT ORG..: E              QTR ORG.: J01-003L     FACL ORG: DAN
EVT FACL.: DAN    ACC LEV:  DAN  1 NER  1         RESP DUE:  SUN  04-20-2003
ABSTRACT.: CLAIMS NOT GETTING 54 GCT DAYS/YEAR-ONLY 47 DAYS
STATUS DT: 04-16-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-24-2003
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

REGNO: 40043-037 NAME: DELISE, FRANKIE
RSP OF...: DAN UNT/LOC/DST: E                    QTR.: J01-007L   RCV OFC: DAN
REMEDY ID: 335605-F1        SUB1: 25ZM SUB2:     DATE RCV:   05-26-2004
UNT RCV..: E                QTR RCV.: J01-007L    FACL RCV: DAN
UNT ORG..: E                QTR ORG.: J01-007L    FACL ORG: DAN
EVT FACL.: DAN    ACC LEV:  DAN  1                    RESP DUE:  TUE  06-15-2004
ABSTRACT.: WANTS DESIGNATED SMOKING, NOT "NO SMOKING"
STATUS DT: 06-01-2004  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 05-26-2004
REMARKS..:


                    6 REMEDY SUBMISSION(S) SELECTED
G0000         TRANSACTION SUCCESSFULLY COMPLETED