IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| _____x | | |
| FRANKIE DELISE, | : | CASE NUMBER |
|     Petitioner | : | 3:03 CV 382 (JCH)(HBF) |
| | : | |
| v. | : | |
| | : | |
| KUMA DEBOO and KATHLEEN HAWK-SAWYER, | : : | |
|     Respondents. | : | OCTOBER 27, 2004 |
| _____x | | |

**PETITIONER'S MOTION FOR EXTENSION OF TIME**

    The petitioner, FRANKIE DELISE, through counsel, respectfully requests that the deadline for filing her reply to respondents' Response to Amended Petition for Writ of Habeas Corpus be extended from October 29, 2004 to and including November 9, 2004 for the reason that petitioner has recently undergone tests that are relevant to her reply and the results of the tests have not yet been received. The date requested is 10 days in advance of the status conference with the Court that is scheduled for November 19, 2004.

    This is petitioner's first motion to extend the time within which to file her reply to respondents' Response to Amended Petition for Writ of Habeas Corpus. Counsel for the petitioner, Kathryn Emmett, has spoken with counsel for the respondent, A.U.S.A. Lauren M. Nash , concerning this request and is authorized to represent that respondents' counsel has no

objection to this request.

          Respectfully Submitted, The Petitioner,


         By:_____
          KATHRYN EMMETT
          EMMETT & GLANDER
          45 FRANKLIN STREET
          STAMFORD, CT  06901.13083
          FEDERAL BAR NO. CT05605
          (203) 324-7744

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 27th day of October, 2004, to:

Lauren M. Nash, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508


         _____
         Kathryn Emmett