2004 NOV 19 P 12: 07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| FRANKIE DELISE, | : | CASE NUMBER |
| Petitioner | : | 3:03 CV 382 (JCH)(HBF) |
| v. | : | |
| KUMA DEBOO and KATHLEEN HAWK-SAWYER, | : | |
| Respondents. | : | NOVEMBER 18, 2004 |

### PETITIONER'S MOTION FOR EXTENSION OF TIME

The petitioner, FRANKIE DELISE, through counsel, respectfully requests that the deadline for filing her reply to respondents' Response to Amended Petition for Writ of Habeas Corpus be extended from November 18, 2004 to and including December 7, 2004 for the reason that petitioner has recently undergone tests that are relevant to her reply but the results of the tests have not yet been received. Petitioner has been informed that the results have been delayed due to a processing problem and that they will be forthcoming within a couple of weeks. Petitioner also has requests that the status conference with the Court that was previously scheduled for November 19, 2004 be rescheduled once petitioner's reply has been filed.

This is petitioner's third motion to extend the time within which to file her reply to respondents' Response to Amended Petition for Writ of Habeas Corpus. Undersigned counsel

has spoken with AUSA Lauren Nash, who represents the defendants in this matter, and has been authorized to represent that she does not object to this request.

Respectfully Submitted, The Petitioner,

By: _____
KATHRYN EMMETT
EMMETT & GLANDER
45 FRANKLIN STREET
STAMFORD, CT 06901.13083
FEDERAL BAR NO. CT05605
(203) 324-7744

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 18th day of November, 2004, to:

Lauren M. Nash, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

_____
Kathryn Emmett