UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Delise

V.                                    Case Number:  3:03cv382JCH

DeBoo

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on December 7, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on January 7, 2005, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at December 8, 2004.

                        KEVIN F. ROWE, CLERK

                        By: _____

                            Deputy Clerk