IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____x
FRANKIE DELISE,                 :   CASE NUMBER
   Petitioner                   :   3:03 CV 382 (JCH)(HBF)
                                :
v.                              :
                                :
KUMA DEBOO and KATHLEEN         :
HAWK-SAWYER,                    :   DECEMBER 8, 2004
   Respondents.                 :
_____x

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. PRO. 41(a)(1)**

    Pursuant to Fed. R. Civ. Pro. 41(a)(1), petitioner through counsel hereby files a notice of voluntary dismissal without prejudice. In support, petitioner represents that respondent has not yet filed an answer or a motion for summary judgment.

                                      The Petitioner, Frankie Delise


By:_____
    KATHRYN EMMETT
    EMMETT & GLANDER
    45 FRANKLIN STREET
    STAMFORD, CT  06901.13083
    FEDERAL BAR NO. CT05605
    (203) 324-7744

# **CERTIFICATION**

      This is to certify that a copy of the foregoing was forwarded via regular mail, postage prepaid, this 8th day of December, 2004, to:

Lauren M. Nash, Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

_____
Kathryn Emmett